**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

DAVID POSCHMANN,

    Plaintiff,                             Case No.: 5:20-cv-00216-JSM-PRL

v.

FISHERMAN'S COVE GOLF &
R.V. RESORT, INC.,

    Defendant.

_____/

**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, DAVID POSCHMANN, and Defendant, FISHERMAN'S COVE GOLF & R.V. RESORT, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

DATED this  7th  day of July, 2020.

*/s/ Drew Levitt*                              */s/ Janet Goldberg McEnery*
DREW M. LEVITT, ESQUIRE           JANET GOLDBERG McENERY, ESQUIRE
Florida Bar No.: 782246                   Florida Bar No. 960380
Primary e-mail: drewmlevitt@gmail.com    Primary e-mail: jmcenery@stearnsweaver.com
4700 NW Boca Raton Blvd, Suite 302       STEARNS WEAVER MILLER WEISSLER
Boca Raton, FL 33431                      ALHADEFF & SITTERSON, P.A.
Telephone: (561) 994-6922               401 East Jackson Street, Suite 2100 (33602)
Facsimile: (561) 994-0837                Tampa, Florida  33601
Attorney for Plaintiff                        Telephone:  (813) 222-5037
                                                   Facsimile:  (813) 222-5089
                                                   Attorney for Defendant